UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIANNE KELLY, et al.,

    Plaintiffs,

v.                                                            4:21cv261–WS/MJF

CAPITAL ASSOCIATION
MANAGEMENT LLC, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed July 15, 2021. The magistrate judge recommends that this case be remanded to the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida. Plaintiffs have filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby remanded to the County Court, Second Judicial Circuit in and for Leon County, Florida.

3. The clerk shall send a certified copy of this order of remand to the Clerk of the County Court in and for Leon County.

DONE AND ORDERED this   16th   day of   August  , 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE